# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: WILLARD J. KASTNING, JR. §  Case No. 07-72233
       CATHY A. KASTNING        §
                                §
           Debtors              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2007.

2) The plan was confirmed on 02/29/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/07/2009.

5) The case was dismissed on 06/26/2009.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,740.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,525.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,525.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,274.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 581.22 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,855.22 |
| Attorney fees paid and disclosed by debtor: | $ 1,500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY SCOTT A BENTLEY | Lgl | 0.00 | 3,774.00 | 3,774.00 | 2,274.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Sec | 3,995.00 | 3,995.00 | 3,995.00 | 783.75 | 580.98 |
| CITIFINANCIAL SERVICES, INC. | Uns | 10,337.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| SWEETWATER TOWNHOME | Sec | 1,105.00 | 2,140.00 | 375.49 | 375.49 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Sec | 0.00 | 26,842.71 | 0.00 | 0.00 | 0.00 |
| NO NAME ON SCHEDULE | Uns | 146.50 | NA | NA | 0.00 | 0.00 |
| AAMS | Uns | 397.82 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 915.68 | 1,373.07 | 1,373.07 | 57.17 | 0.00 |
| BENEFICIAL | Uns | 12,534.69 | 11,935.06 | 11,935.06 | 496.96 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,084.46 | 1,084.46 | 1,084.46 | 37.10 | 0.00 |
| BMG | Uns | 29.13 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 205.75 | 351.45 | 351.45 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 10,413.59 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 359.80 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 88.41 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 545.86 | 5,622.58 | 5,622.58 | 234.11 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 375.94 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 397.82 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | Uns | 624.78 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 1,170.64 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 88.41 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 397.82 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 624.78 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 125.00 | 165.00 | 165.00 | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 461.98 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 137.70 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 359.80 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Uns | 466.05 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 188.79 | NA | NA | 0.00 | 0.00 |
| COUNTRY INSURANCE & | Uns | 141.14 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 354.30 | NA | NA | 0.00 | 0.00 |
| EMERGE | Uns | 2,160.78 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 383.29 | 389.64 | 389.64 | 16.22 | 0.00 |
| GASTROENTEROLOGY & | Uns | 127.97 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY & | Uns | 127.97 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Uns | 75.74 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 682.44 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 785.57 | NA | NA | 0.00 | 0.00 |
| JOHN LEE JACKSON | Uns | 853.12 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 1.90 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 19.90 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 92.36 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 5.70 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 22.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 13.95 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 34.70 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 24.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 5.70 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 11.55 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 209.96 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 4,008.98 | 4,308.99 | 4,308.99 | 179.42 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 305.68 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 82.91 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MEMORIAL MEDICAL CENTER | Uns | 10,000.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL MEDICAL CENTER | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MENARDS RETAIL SERVICES | Uns | 2,187.33 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Uns | 367.14 | NA | NA | 0.00 | 0.00 |
| MOHAMMAD ZOHID | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 20.10 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET RECOVERY INC. | Uns | 2,176.76 | NA | NA | 0.00 | 0.00 |
| NICL LABORATORIES | Uns | 25.51 | NA | NA | 0.00 | 0.00 |
| NICL LABORATORIES | Uns | 53.12 | NA | NA | 0.00 | 0.00 |
| NORTH AMERICAN HUNTING CLUB | Uns | 46.90 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL | Uns | 664.19 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL | Uns | 1,211.90 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL | Uns | 1,211.90 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 316.43 | 333.23 | 333.23 | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 659.11 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL DIAGNOSTICS | Uns | 4,488.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF FOX | Uns | 120.60 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF FOX | Uns | 15.88 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF FOX | Uns | 161.66 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF FOX | Uns | 309.84 | NA | NA | 0.00 | 0.00 |
| SYED S. ASGHAR | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMAD MC PC | Uns | 1,304.64 | 1,601.20 | 1,601.20 | 66.67 | 0.00 |
| TANVEER AHMAN, MD PC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMAN, MD PC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMAN, MD PC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMAN, MD PC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMAN, MD PC | Uns | 136.56 | NA | NA | 0.00 | 0.00 |
| TANVEER AHMAN, MD PC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 308.43 | 321.09 | 321.09 | 0.00 | 0.00 |
| THE METRO FOUNDATION | Uns | 122.38 | NA | NA | 0.00 | 0.00 |
| THE METRO FOUNDATION | Uns | 122.38 | NA | NA | 0.00 | 0.00 |
| THE METRO FOUNDATION | Uns | 122.38 | NA | NA | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 739.27 | 739.27 | 739.27 | 19.67 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TOWN SQUARE ANESTHESIA | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY | Uns | 853.12 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Uns | 2,602.64 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GROUP | Uns | 188.95 | NA | NA | 0.00 | 0.00 |
| WOODSTOCK IMAGING | Uns | 18.60 | NA | NA | 0.00 | 0.00 |
| WOODSTOCK IMAGING | Uns | 23.10 | NA | NA | 0.00 | 0.00 |
| WOODSTOCK IMAGING | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,107.07 | 1,107.07 | 37.87 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 373.09 | 373.09 | 15.53 | 0.00 |
| WELLS FARGO FINANCIAL INC | Uns | 0.00 | 18,149.47 | 18,149.47 | 755.71 | 0.00 |
| SWEETWATER TOWNHOME | Sec | 0.00 | 816.30 | 185.80 | 185.80 | 0.00 |
| SWEETWATER TOWNHOME | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | 15,172.27 | 15,172.27 | 631.75 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 2,520.39 | 2,520.39 | 104.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 2,176.76 | 2,176.76 | 90.64 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,995.00 | $ 783.75 | $ 580.98 |
| All Other Secured | $ 561.29 | $ 561.29 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,556.29 | $ 1,345.04 | $ 580.98 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 67,724.09 | $ 2,743.76 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,855.22 |
| Disbursements to Creditors | $ 4,669.78 |
| **TOTAL DISBURSEMENTS:** | $ 7,525.00 |

UST Form 101-13-FR-S (4/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/20/2009                    By:  /s/ Lydia S. Meyer
                                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)